**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00243-CR

**STEVEN LYNN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82891-2011**

## ORDER

The Court **GRANTS** appellant's July 14, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TEN (10) DAYS** from the date of this order.

/s/      DAVID EVANS
         JUSTICE